IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JAMES CHARLES BISHOP, JR., ) <br> ) <br> Petitioner, ) <br> vs. ) <br> ) <br> LEON BOLLING, Warden; ) <br> ATTORNEY GENERAL OF ) <br> THE STATE OF ALABAMA, ) <br> ) <br> Respondents. ) | Case No. 7:16-cv-936-VEH-TMP |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 15, 2017, recommending that the petition for writ of *habeas corpus* under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED with prejudice**. (Doc. 8). On October 2, 2017, the Petitioner filed an objection to the recommendation. (Doc. 9).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that the petition for writ of *habeas corpus* under 28 U.S.C. § 2254 is due to be **DENIED** and **DISMISSED with prejudice.** A Final Judgment will be entered.

**DONE** this the 4th day of October, 2017.

                                                    **VIRGINIA EMERSON HOPKINS**
                                                    United States District Judge